**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:05-CR-15-01ML |
| | ) | |
| Andre Belov | ) | |

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before the Honorable Mary M. Lisi, for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant has completed the term of his supervision on May 26, 2008, as ordered by this Court, it is hereby

**ORDERED** that the defendant's passport be released.

**ENTERED** as an order of this Honorable Court the 25th day of June, 2008.

ENTER:

Mary M. Lisi
MARY M. LISI
Chief U.S. District Judge

PER ORDER:

Barbara Barletta
Deputy Clerk